**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-2650-CNS-NRN

SHEA CURRAN,

Plaintiff,

v.

TOKENSOFT, INC., a Delaware corporation; and MASON BORDA, an individual,

Defendants.

---

**ORDER RE: DEFENDANTS' MOTION TO QUASH SUBPOENA SERVED ON SLACK TECHNOLOGIES, L.L.C.**

---

THIS MATTER, having come before the Court on Defendants Tokensoft, Inc. and Mason Borda (collectively "Defendants") Motion to Quash Subpoena Served on Slack Technologies, L.L.C. and the Court being fully advised, it is hereby ORDERED that the Motion is GRANTED. The December 6, 2023 subpoena served upon Slack Technologies, L.L.C. is hereby quashed.

Done this _______ day of __________________, 2023.

BY THE COURT

______________________
District Court Judge