IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-02650-CNS-NRN | Date: January 10, 2024 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| SHEA CURRAN, | Thomas Mitchiner |
| Plaintiff, | |
| v. | |
| TOKENSOFT, INC., a Delaware corporation; and MASON BORDA, an individual, | Stephanie McConkie<br>Allison Dodd |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**10:58 a.m. Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court regarding Defendants' Motion to Quash Subpoena Served on Slack Technologies, L.L.C (Dkt. #45).

Arguments by counsel.

For the reasons stated on the record, is it

**ORDERED:** Defendants' Motion to Quash Subpoena Served on Slack Technologies, L.L.C (Dkt. #45) is GRANTED.

**11:26 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:28

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.